UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY FISHER AND MARY WORTHY, individually and on behalf of their martial community<br><br>Plaintiffs<br><br>vs.<br><br>MANN BRACKEN, L.L.P. AND ESKANOS & ADLER, P.C.<br><br>Defendants. | NO. CV-09-175-RHW<br><br>ANSWER TO COMPLAINT |

Mann Bracken, L.L.P., formerly Mann Bracken, L.L.C., successor by merger to Eskanos & Adler, P.C., in answer to the Complaint filed herein states as follows:

<u>FIRST DEFENSE</u>

1. Upon information and belief, Defendant admits the allegations in Paragraph 1 of the Complaint.

ANSWER TO COMPLAINT
0906-06 ss

-1-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington 98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

2. In answer to the allegations in Paragraph 2 of the Complaint, Defendant avers that it is a limited liability partnership engaged in the practice of law and employs a licensed attorney in the State of Washington.

3. In answer to the allegations in Paragraph 3 of the Complaint, Defendant avers that Eskanos & Adler, P.C. merged into Mann Bracken, L.L.P. on July 1, 2008 and is no longer a separate legal entity.

4. Defendant admits the allegations in Paragraph 4 of the Complaint.

5. Defendant is without sufficient information to admit or deny the allegations in Paragraph 5 of the Complaint.

6. In answer to the allegations in Paragraph 6 of the Complaint, Defendant admits that it sent a Notice of Intention, and avers that the contents of the letter speak for themselves.

7. Defendant is without sufficient information to admit or deny the allegations in Paragraph 7 of the Complaint.

8. Defendant denies the allegations in Paragraph 8 of the Complaint.

ANSWER TO COMPLAINT
0906-06 ss

-2-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington 98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

9. In answer to the allegations in Paragraph 9 of the Complaint, Defendant is without sufficient knowledge to admit that Plaintiffs' attorney sent a June 17, 2008 letter, admits it received a letter dated July 17, 2008, and further avers that the contents of the July 17, 2008 letter speak for themselves.

10. Defendant denies the allegations in Paragraph 10 of the Complaint.

11. In answer to the allegations in Paragraph 11 of the Complaint, Defendant admits that it sent a letter and avers that the contents of the letter speak for themselves.

12. Defendant is without sufficient information to admit or deny the allegations in Paragraph 12 of the Complaint.

13. Defendant denies the allegations in Paragraph 13 of the Complaint.

14. In answer to the allegations in Paragraph 14 of the Complaint, Defendant realleges and incorporates by reference its answer to the preceding paragraphs.

15. Defendant denies the allegations in Paragraph 15 of the Complaint.

16. Defendant denies the allegations in Paragraph 16 of the Complaint.

ANSWER TO COMPLAINT
0906-06 ss

-3-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington 98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

17. In answer to the allegations in Paragraph 17 of the Complaint, Defendant realleges and incorporates by reference its answer to the preceding paragraphs.

18. The allegations in Paragraph 18 of the Complaint relate to a legal conclusion for which an answer either admitting or denying the assertions is not required.

19. Defendant denies the allegations in Paragraph 19 of the Complaint.

20. Defendant denies the allegations in Paragraph 20 of the Complaint.

21. In answer to the allegations in Paragraph 21 of the Complaint, Defendant realleges and incorporates by reference its answer to the preceding paragraphs.

22. Defendant denies the allegations in Paragraph 22 of the Complaint.

23. Defendant denies the allegations in Paragraph 23 of the Complaint.

24. In answer to the allegations in Paragraph 24 of the Complaint, Defendant realleges and incorporates by reference its answer to the preceding paragraphs.

25. Defendant denies the allegations in Paragraph 25 of the Complaint.

ANSWER TO COMPLAINT
0906-06 ss

-4-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington 98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

26-30.   The Complaint served upon the Defendant does not include paragraphs 25 through 30.

31.   Defendant denies the allegations in Paragraph 31 of the Complaint.

32.   Defendant denies the allegations in Paragraph 32 of the Complaint.

## SECOND DEFENSE

The Complaint fails to set forth the cause of action for which relief may be granted.

## THIRD DEFENSE

The purported claims set forth in the Complaint are barred in whole or in part by the applicable statute of limitations.

WHEREFORE, upon premises considered, Defendant asks that Plaintiff's Complaint be dismissed, with prejudice and that it be awarded all of its costs, expenses and attorney fees.

DATED this 8th day of June, 2009.

/s/   Stephen A. Bernheim
Stephen A. Bernheim, WSBA #15225
Attorney for Defendants

ANSWER TO COMPLAINT
0906-06 ss

-5-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

## CERTIFICATE OF SERVICE

On June 8, 2009, the undersigned deposited in the mails of the United States of America, true and conformed copies of the within document, addressed to:

Lisa R. J. Porter, Esquire
Johnson Porter Law Office, PC
10260 SW Greenburg Road, Suite 400
Portland, OR 97223
Attorney for Plaintiff

EXECUTED at Edmonds, Washington this 8th day of June, 2009.

/s/   Sherri L. Simonoff
Sherri L. Simonoff

ANSWER TO
COMPLAINT
0906-06 ss

-6-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington  98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com