UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY FISHER and MARY WORTHY, individually and on behalf of their marital community,<br><br>Plaintiff,<br><br>v.<br><br>MANN BRACKEN, LLC, a foreign limited liability company, and ESKANOS & ALDER, P.C., a foreign corporation,<br><br>Defendant. | NO. CV-09-175-RHW<br><br>**ORDER OF DISMISSAL** |

By previous order, the Court directed the parties to show cause in writing by May 7, 2010, why the above-captioned matter should not be dismissed for failure to prosecute (Ct. Rec. 27). Nothing has been filed since the Court's order.

Accordingly, **IT IS HEREBY ORDERED:**

The above-captioned matter is **dismissed with prejudice.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 17th day of September, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Fisher\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1